

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| 3D VENTURES CAPITAL, LLC, | § | No. 08-23-00299-CV |
| Appellant, | § | Appeal from the |
| v. | § | 166th District Court |
| GENE TOSCANO, Individually and GENE TOSCANO, INC, | § | of Bexar County, Texas |
| | § | (TC# 2022-CI-20532) |
| Appellee. | § | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 5TH DAY OF JANUARY 2024

JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox, and Soto, JJ.